July 1, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

BANK OF AMERICA, N.A., Appellant

NO. 14-12-01146-CV                    V.

JUAN M. GALLEGOS AND CHRISTINE S. ROWE, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Juan M. Gallegos and Christine S. Rowe, signed, September 24, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Bank of America, N.A., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.